COMMITMENT TO ANOTHER DISTRICT
Rule 40 Federal Rules of Criminal Procedures

| UNITED STATES DISTRICT COURT | Eastern District of California |
|---|---|
| UNITED STATES OF AMERICA vs *Robert John Silvas* | Docket Number

FILED
NOV - 5 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Magistrate Case Number
1:08-MJ-00263 |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN

☐ INDICTMENT    ☐ INFORMATION    ☐ COMPLAINT    ☒ OTHER (SPECIFY) *Petition*

CHARGING A VIOLATION OF:    U.S.C. § SECTION

DISTRICT OF OFFENSE *Central of California*

DESCRIPTION OF CHARGES:
*Violation of Probation - Supervised*

CURRENT BOND STATUS: ☐ Bail fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Counsel ☒ Federal Defender ☐ CJA Attorney ☐ None

Interpreter Required? ☒ No    ☐ Yes    Language: _____

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for the District or to some other officer authorized to receive the defendant.

*December 5, 2008*
Date                    SANDRA M. SNYDER, United States Magistrate Judge

RETURN

THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) _____ DEPUTY MARSHAL |

ss of 10/2000